# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KIMBERLY SUE KELLY, *Plaintiff,* v. FOOD LION, LLC, *Defendant.* | CASE NO. 3:11-cv-00080 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (docket no. 21) is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this __2nd__ day of November, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE